**LEWIS AND ROCA LLP — LAWYERS**

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Kristina N. Holmstrom, State Bar No. 023384
   Direct Dial: (602) 262-5762
   Direct Fax: (602) 734-3875
   EMail: KHolmstrom@LRLaw.com

Attorney for Defendant Life Insurance Company of North America

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| JoAnne Raney,<br>             Plaintiff,<br>vs.<br>Life Insurance Company of North America,<br>Spire Capital Partners, L.P., et al.,<br>             Defendant. | No. CV 12-00569-PHX-DGC<br>**NOTICE OF SETTLEMENT** |

The parties give notice that they have settled their dispute. Accordingly, the June 14, 2012 case management conference should be vacated. The parties expect to submit a stipulation and order of dismissal with prejudice within the next 30 days.

RESPECTFULLY SUBMITTED this 6th day of June, 2012

LEWIS AND ROCA LLP

By /s/ *Kristina N. Holmstrom*
    Kristina N. Holmstrom
    Attorney for Defendant Life Insurance
    Company of North America

2917444.1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Scott E. Davis, Esq.
>Scott E. Davis, P.C.
>20827 North Cave Creek road
>Suite 101
>Phoenix, Arizona  85024
>Attorneys for Plaintiff JoAnne Raney

>/s/ *Jacqueline M. Bergel*
>LEWIS AND ROCA LLP

2

2917444.1