LEWIS
AND
ROCA
——LLP——
L A W Y E R S

40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429

Kristina N. Holmstrom, State Bar No. 023384
   Direct Dial:  (602) 262-5762
   Direct Fax:  (602) 734-3875
   EMail:  KHolmstrom@LRLaw.com

Attorneys for Defendant
Life Insurance Company of North America

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JoAnne Raney, | ) |
|                 Plaintiff, | ) |
| vs. | ) |
| Life Insurance Company of North America; | ) |
| Spire Capital Partners, L.P.; Group Short | ) |
| Term Disbility Plan For Employees of Spire | ) |
| Capital Partners, L.P., | ) |
|                 Defendants. | ) |

No. CV 12-00569-PHX-DGC

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

The parties, having settled their dispute, stipulate that the Court shall dismiss the matter with prejudice.  Each party will bear its own attorneys' fees and costs.

DATED this 27th day of June, 2012.

SCOTT E. DAVIS, P.C.

LEWIS AND ROCA LLP

By /s/ Scott E. Davis
     Scott E. Davis
Attorneys for Plaintiff JoAnne Raney

By /s/ Kristina N. Holmstrom
     Kristina N. Holmstrom
Attorneys for Defendant Life Insurance
Company of North America

2948701.1