UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JoAnne Raney,<br><br>             Plaintiff,<br><br>vs.<br><br>Life Insurance Company of North America;<br>Spire Capital Partners, L.P.; Group Short<br>Term Disbility Plan For Employees of Spire<br>Capital Partners, L.P.,<br><br>             Defendants. | No. CV 12-00569-PHX-DGC<br><br>**ORDER OF DISMISSAL** |

Pursuant to stipulation (Doc. 14) and good cause appearing,

**IT IS ORDERED** that the above-captioned lawsuit is dismissed with prejudice.

Each party will bear its own attorneys' fees and costs.

Dated this 28th day of June, 2012.

David G. Campbell
United States District Judge

2948708.1